

# JUDGMENT

# The Fourteenth Court of Appeals

RYAN VICTOR MOLNOSKEY, Appellant

NO. 14-14-00585-CR
NO. 14-14-00586-CR         V.
NO. 14-14-00587-CR

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgments requiring reversal, but there were errors in the judgments as entered, which are capable of reformation by this Court. Therefore, the judgments are **MODIFIED** as follows:

- In Trial Court Cause No. 66494 (Appeal No. 14-14-00587-CR), the amount of attorney's fees assessed in the judgment adjudicating guilt is reduced from $2,850 to zero.

- In Trial Court Cause No. 71937 (Appeal No. 14-14-00585-CR), the amount of court costs assessed in the judgment of conviction is reduced from $294 to $274.

The Court orders these judgments **AFFIRMED** as **MODIFIED**.

The Court further orders the judgment in Trial Court Cause No. 66495 (Appeal No. 14-14-00586-CR) **AFFIRMED** without modification.

We further order this decision certified below for observance.